DANIEL J. BRODERICK, #89424
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELI SALGADO-PATINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00112 OWW |
| Plaintiff, ) ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. ) | |
| ELI SALGADO-PATINO, ) ) | Date: June 12, 2006 Time: 9:00 A.M. |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before May 26, 2006, responses shall be filed on or before June 5, 2006, **and the hearing on motions now set for May 30, 2006, may be continued to June 12, 2006, at 9:00 A.M.**

This request for continuance is made by counsel for defendant because she is the attorney assigned to the Magistrate Court in Yosemite and is scheduled to be in court there on May 30, 2006, the date now set for hearing in this instant case, and she needs additional time for investigation and to review discovery for preparation of appropriate motions on behalf of defendant.

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: May 4, 2006        By:   /s/ Kathleen A. Servatius
                                KATHLEEN A. SERVATIUS
                                Assistant United States Attorney
                                Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Public Defender

DATED: May 4, 2006        By:   /s/ Ann H. Voris
                                ANN H. VORIS
                                Assistant Federal Defender
                                Attorneys for Defendant
                                ELI SALGADO-PATINO

# O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **May 7, 2006**            **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule and
Hearing; and [Proposed] Order Thereon

-2-