DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELI SALGADO-PATINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00112 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. | ) ) | |
| ELI SALGADO-PATINO, | ) ) | Date: May 18, 2007 Time: 9:00 A.M. |
| Defendant. | ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter now due April 6, 2007, shall be filed on or before April 27, 2007, responses now due April 20, 2007, shall be filed on or before May 11, 2007, **and the hearing on motions now set for April 27, 2007, may be continued to May 18, 2007, at 9:00 A.M.**

This request for continuance is made by counsel for defendant because due to a family emergency she was out of the office for several days and she needs additional time for investigation and to review discovery for preparation of appropriate motions on behalf of defendant prior to hearing. The requested extension of time will conserve time and resources for both parties and the court.

///

///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3 and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and
4 3161(h)(8)(B)(i) and (iv).

                                                                   McGREGOR W. SCOTT
                                                                    United States Attorney

DATED: April 6, 2007                              By:   /s/ Kathleen A. Servatius
                                                                    KATHLEEN A. SERVATIUS
                                                                    Assistant United States Attorney
                                                                    Attorney for Plaintiff

                                                                    DANIEL J. BRODERICK
                                                                    Federal Public Defender

DATED: April 6, 2007                              By:   /s/ Ann H. Voris
                                                                    ANN H. VORIS
                                                                    Assistant Federal Defender
                                                                    Attorneys for Defendant
                                                                    ELI SALGADO-PATINO

## **O R D E R**

**For the reasons stated, good cause exists for the continuance and the exclusion of time.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 6, 2007**                  /s/ Lawrence J. O'Neill
b9ed48                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule and
Hearing; and [Proposed] Order Thereon