```
1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorneys
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CR-112 LJO |
| Plaintiff, | ORDER CONTINUING STATUS HEARING |
| v. | |
| ELI SALGADO PATINO, | |
| Defendants. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and Eli Salgado Patino, by and through his attorney, Assistant Federal Defender Ann Voris, have stipulated to a continuance of the status hearing in this case, currently set for August 31, 2007, to September 14, 2007, at 9:00 a.m.  The government has requested the continuance in order to permit it to complete its review of files of the Drug Enforcement Administration which has been ordered by the Court at the request of the defense. The government requires the continuance due to scheduling conflicts with the appropriate officials at the Drug Enforcement Administration.

THEREFORE, it appearing that the request is supported by good cause,

IT IS HEREBY ordered that the status hearing in this case be continued until September 14, 2007 at 9:00 a.m.

1   IT FURTHER APPEARING that the continuance would permit the government to provide
2  additional discovery and permit the defense to conduct further necessary investigation and
3  adequately prepare for the hearing in this case;
4   IT IS HEREBY ORDERED that the time period between August 31 and September 14, 2007
5  be excluded from the Speedy Trial Clock as the Court finds that the ends of justice served by a
6  continuance "outweigh the best interests of the public and the defendant in a speedy trial." See 18
7  U.S.C. § 3161(h)(8).
8  IT IS SO ORDERED.
9  Dated:   August 29, 2007              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE