DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELI SALGADO-PATINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-cr-00112 LJO |
| Plaintiff, | WAIVER OF APPEARANCE AT PRETRIAL STATUS CONFERENCES AND HEARINGS; AND THEREON |
| v. | |
| ELI SALGADO-PATINO, | Date: September 28, 2007 |
| Defendant. | Time: 9:00 A.M. |
| | Judge: Hon. Lawrence J. O'Neill |

The undersigned defendant, Eli Salgado-Patino, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to be confronted by and to cross-examine all witnesses, to present evidence in his own defense, and to litigate all issues by either jury or court trial, hereby waives his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including any status conference, motions hearing, trial confirmation, and/or when a continuance is ordered, hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, specifically including the status conference hearing scheduled for September 28, 2007, and allow his attorney to represent his interests at all times.  Defendant further agrees that notice to defendant's attorney

///

///

that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.  This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

      I declare under penalty of perjury that the foregoing is true and correct.

      EXECUTED this 14th day of September, 2007, at Fresno, California.


                      /s/   Eli Salgado-Patino
                      ELI SALGADO-PATINO

APPROVED:


 /s/  Ann H. Voris
ANN H. VORIS
Attorney for Defendant
DATED:  September 14, 2007




**O R D E R**



IT IS SO ORDERED.

**Dated:   September 17, 2007**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE