# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 06-0112 LJO |
| Plaintiff, | **ORDER SETTING DATE FOR MOTION FOR NEW TRIAL** |
| vs. | |
| ELI SALADO PATINO, | |
| Defendant. | |

The Court has received the defendant's motion pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure. Therein, the defendant requested that the Court set a date for a hearing on the motion. The Court orders as follows:

1. The Government's opposition papers are due no later than September 26, 2008;

2. The motion will be heard on Friday, October 3, 2008 at 11:00 a.m. in Dept. 4.

IT IS SO ORDERED.

**Dated:   September 8, 2008**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

1