DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELI SALGADO-PATINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00112 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS HEARING; AND  ORDER THEREON |
| v. | ) | Date:   October 31, 2008 |
| ELI SALGADO-PATINO, | ) | Time:   9:00 A.M. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the motions hearing currently set for October 3, 2008 be continued to **Friday, October 31, 2008 at 9:00 a.m.**

This continuance is sought at the request of counsel for defendant as counsel has a prepaid vacation and for further case preparation prior to hearing and will conserve time and resources for both parties and the court.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3   and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and
4   3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 29, 2008                    By:    /s/  Kevin P. Rooney
                                                    KEVIN P. ROONEY
                                                    *for* KATHLEEN A. SERVATIUS
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: September 29, 2008                    By:    /s/ Ann H. Voris
                                                    ANN H. VORIS
                                                    Assistant Federal Defender
                                                    Attorneys for Defendant
                                                    ELI SALGADO-PATINO


**O R D E R**

**The motion for new trial is continued to Friday, October 31, 2008 at 10:00 a.m. (Not 9:00 a.m.) and the sentencing will remain as scheduled.**   Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    September 30, 2008**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Hearing;
and [Proposed] Order Thereon
                                            -2-