```
DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELI SALGADO-PATINO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELI SALGADO-PATINO, <br><br> Defendant. | NO. 1:06-cr-0112 LJO <br><br> APPLICATION FOR ORDER EXONERATING PROPERTY BOND; DECLARATION OF COUNSEL; ORDER <br><br> Judge : Hon. Lawrence J. O'Neill |

Defendant Eli Salgado-Patino, through counsel Ann H. Voris, Assistant Federal Defender, hereby moves the court for an order exonerating bond and for reconveyance of real property in the above-captioned case.

On March 15, 2006, defendant Eli Salgado-Patino made an initial appearance in the above-captioned case for arraignment on the Indictment; a detention hearing was held March 17, 2006, at which time defendant was ordered released upon posting of a $60,000.00 property bond. On April 20, 2006, a Deed of Trust was posted as to Eli Salgado-Patino by Gloria Valdez-Patino, receipt number 100 203391, recorder number 2006-0049137. (Dkt. #13) The certified copy of the recorded Deed of Trust and original signed promissory note were delivered to the court on April 4, 2006.

On November 21, 2008, Mr. Salgado Patino was sentenced and he remains in custody. (Dkt. # 118)

///

It is respectfully requested that bond be exonerated and title to the real property reconveyed.

Dated:  November 26, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


 /s/  Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Eli Salgado Patino

# O R D E R

**IT IS HEREBY ORDERED** that the property bond in the above-captioned case be exonerated and title to the real property securing said bond be immediately reconveyed to the property owner.

IT IS SO ORDERED.

**Dated:   December 1, 2008**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

Application for Order Exonerating Property
Bond; [Proposed] Order

-2-