| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | ANN H. VORIS, Bar #100433<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>ELI SALGADO PATINO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0112 LJO |
| Plaintiff, | ) ) | APPLICATION AND FOR ORDER FOR THE RETURN OF PASSPORT; ORDER |
| v. | ) ) | |
| ELI SALGADO PATINO, | ) ) | Judge : Hon. Lawrence J. O'Neill |
| Defendant. | ) ) ) | |

    Defendant Eli Salgado Patino, through counsel Ann H. Voris, Assistant Federal Defender, hereby moves the court for an order for the return of Mr. Salgado Patino's passport in the above-captioned case.

    On March 15, 2006, defendant Patino made an initial appearance in the above-captioned case; on March 29, 2006 an arraignment on the Indictment was held; a detention hearing was held March 17, 2006, at which time defendant was ordered released upon posting of a $60,000.00 property bond. On April 14, 2006, a receipt for the surrender of passport was entered for Passport No. 056672320 issued by the United States of America, Receipt No. 101-8535. (Dkt. # 12)

    Pursuant to court order, his bond was exonerated and collateral returned on December 4, 2008. (Dkt. #124)

///

///

It is respectfully requested that the passport be returned to the Office of the Federal Defender.

Dated:  October 28, 2009

                                               Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Defender

                                               /s/  *Ann H. Voris*
                                               ANN H. VORIS
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               Eli Salgado Patino

# O R D E R

Mr. Salgado Patino's passport is to be returned to the Office of the Federal Defender for return to Mr. Salgado Patino.

IT IS SO ORDERED.

**Dated:**   November 3, 2009                         /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE